**FILED**

July 3, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                         )        Case No. MAG. 08-0228-KJM
        Plaintiff,        )
                         )        ORDER FOR RELEASE OF
v.                       )        PERSON IN CUSTODY
                         )
STEPHEN DOUGLAS MARTIN,   )
                         )
        Defendant.        )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release STEPHEN DOUGLAS MARTIN, Case No.

MAG. 08-0228-KJM from custody subject to the conditions contained in the attached "Notice to

Defendant Being Released" and for the following reasons:

_____    Release on Personal Recognizance

  X     Bail Posted in the Sum of: $25,000.00.

        X    Unsecured Appearance Bond

        _____    Appearance Bond with Surety

        X    (Other) Conditions as stated on the record.

        _____    (Other)

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at Sacramento, CA on 07/03/08 at 3:45pm

By _____
        Edmund F. Brennan
        United States Magistrate Judge